**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-md-2724** |
| *IN RE: CLOMIPRAMINE CASES* | **DPP CASE: 16-CM-27241** |
| **THIS DOCUMENT APPLIES TO:**<br>*DPP BELLWETHER ACTIONS* | **DPP CASE: 16-CM-27242** |

## ORDER

**AND NOW**, this 27th day of August 2025, upon consideration of Defendants' Motions for Summary Judgment in the Direct Purchaser Plaintiffs' ("DPPs") and End Payer Plaintiffs' ("EPPs") clomipramine cases [16-CM-27241: Doc. No. 148, and 16-CB-27242: Doc Nos. 293, 295, 297] and the responses and replies therefore, and after hearings and arguments held on May 13-14, 2025, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

- Mylan's motion for summary judgment in the DPPs' case is **DENIED**.
- Defendants' joint motion for summary judgment in the EPPs' case is **DENIED** in part and **GRANTED** in part as to the consumer protection claims arising from state law in Missouri and Minnesota.
- Mylan's motion for summary judgment in the EPPs' case is **DENIED** in part and **GRANTED** in part as to EPPs' claims arising from sales of clomipramine from Mylan to CVS pharmacy.
- Tar and Sandoz's joint motion for summary judgment is **DISMISSED** without prejudice, pending the outcome of each party's settlement agreements with EPPs.

It is further **ORDERED** that the Motions to Seal [16-CM-27241: Doc. No. 189 and 16-CB-27242: Doc. No. 381] are **GRANTED**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
**CYNTHIA M. RUFE, J.**